**Order entered October 6, 2022**



**In The
Court of Appeals
Fifth District of Texas at Dallas**

**No. 05-22-00770-CV**

**TTS, LLC, Appellant**

**V.**

**EVENFLOW, LLC, DAN MANSELLE, AND TRINITY LOGISTICS, INC.,
Appellees**

**On Appeal from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-05512-2021**

**ORDER**

Before the Court is appellant's October 4, 2022 unopposed motion for a one-day extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief tendered to the Court by appellant on October 4, 2022, filed as of the date of this order.

/s/    KEN MOLBERG
          JUSTICE